COLONIAL REFRIGERATED TRANSPORTATION,
INC. *v.* UNITED STATES ET AL.

No. 894.   Decided March 27, 1967.

*S. Eason Balch,* for appellant.

Solicitor General Marshall, Assistant Attorney General *Turner, Howard E. Shapiro, Robert W. Ginnane* and *Nahum Litt* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

ROGERS ET AL. *v.* CITY AND COUNTY OF
DENVER ET AL.

No. 998.   Decided March 27, 1967.

*Harry L. Arkin* for appellants.

*Max P. Zall, Charles S. Rhyne, Brice W. Rhyne* and *Alfred J. Tighe, Jr.,* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.